**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ubo-Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Microlyscs** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **84-4543805** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10773 NW 58th St <br> # PMB 45 <br> Doral, FL 33178-2801** <br> Number, Street, City, State & ZIP Code | **10773 NW 58th St <br> # PMB 45 <br> Doral, FL 33178-2801** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** <br> County | **Location of principal assets, if different from principal place of business** |
| | **10773 NW 58th St # PMB 45 Doral, FL 33178-2801** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Ubo-Technologies, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor      **Ubo-Technologies, LLC**                                          Case number (*if known*) _____
                    Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1,   Debtor _____      Relationship _____
attach a separate list
                                      District _____  When _____  Case number, if known _____

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**          .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14. Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Ubo-Technologies, LLC**                                        Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Ubo-Technologies, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 13, 2023**
                MM / DD / YYYY

X **/s/ Rakesh Guduru**                                    **Rakesh Guduru**
   Signature of authorized representative of debtor            Printed name

Title   **Founder/CEO**

---

**18. Signature of attorney**

X **/s/ Chad Van Horn**                          Date    **April 13, 2023**
   Signature of attorney for debtor                          MM / DD / YYYY

**Chad Van Horn**
Printed name

**Van Horn Law Group, P.A.**
Firm name

**500 NE 4th St Ste 200**
**Fort Lauderdale, FL 33301-1163**
Number, Street, City, State & ZIP Code

Contact phone   **(954) 765-3166**     Email address   **chad@cvhlawgroup.com**

**64500**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ubo-Technologies, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 6729 | $-6,077.01 |
| 3.2. | Bank of America | Saving | 8575 | $1,084.54 |
| 3.3. | Chase | Checking | 1807 | $-12,892.06 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $-17,884.53 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| | Lease Deposit to SPG Trust Corp., as Trustee of the SPG Miramar Park II Trust | |
| 7.1. | $7,171,76 -subject to landlords lien | $0.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Ubo-Technologies, LLC**                                    Case number *(If known)* _____
          Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              | $0.00 |

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 72,331.84 | - | 0.00 | = .... | $72,331.84 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 22,994.00 | - | 22,994.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                            | $72,331.84 |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |
| **Ouiby Inc. Inventory** | | $83,648.50 | Debtor Opinion | $83,648.50 |
| **See attached exhibit A/B question #22** | | $101,254.61 | | $101,254.61 |

23.    **Total of Part 5.**                                                            | $184,903.11 |

      Add lines 19 through 22.  Copy the total to line 84.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Ubo-Technologies, LLC**                                    Case number *(If known)* _____
_____
Name

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br>**Lateral File Cabinet (4 drawer), (2)Heavy-Duty Packing Table , Composite Wood Top, Moving Platform Hand Truck,Purpose 2 Wheel Dolly Cart and 4 Wheel, Chrome Wire Shelving Unit , Grizzly Industrial Downdraft Table, Lorell Prominence 2.0 Gray Elm Laminate Desk Unit** | $995.00 | Debtor Opinion | $995.00 |
| 40.   **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br>**(2) Acer Monitors 27", (4) HP Monitors 27" ,Alianware, (2) Macbook, (2) Laser Engraver, 3D Printer** | $8,724.00 | Debtor Opinion | $8,724.00 |
| **R&D Mold / Tooling** | $0.00 | Debtor Opinion | $0.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $9,719.00 |
|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Debtor    **Ubo-Technologies, LLC**                                Case number *(If known)* _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **CrazyCap Pro, CrazyCap, PUREMAX 4D, WAATR, WAATR HYDROCAP** | $78,112.04 | Debtor Opinion | $78,112.04 |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

| | $78,112.04 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☑ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Ubo-Technologies, LLC**                                    Case number *(If known)* _____
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Ubo-Technologies, LLC**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $-17,884.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $72,331.84 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $184,903.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,719.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $78,112.04 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $327,181.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $327,181.46 |

**Fill in this information to identify the case:**

Debtor name **Ubo-Technologies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1 Ouiby Inc.  d/b/a Kickfurther**
Creditor's Name

Describe debtor's property that is subject to a lien
**Ouiby Inc. Inventory**

Amount of claim: **$145,962.00**
Value of collateral: **$83,648.50**

**PO Box 21584**
**Boulder, CO 80308-4584**
Creditor's mailing address

Describe the lien
**Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ouiby Inc.  d/b/a Kickfurther**
**2. United States Small Business Administrat**
**3. PayPal Business Loan aka Swift Financial**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 PayPal Business Loan aka Swift Financial**
Creditor's Name

Describe debtor's property that is subject to a lien
**Bank of America**

Amount of claim: **$55,464.89**
Value of collateral: **$350,175.46**

**2211 N 1st St**
**San Jose, CA 95131-2021**
Creditor's mailing address

Describe the lien
**Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

| Debtor | Ubo-Technologies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☑ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| **1. United States Small Business Administrat** | ☑ Disputed |
| **2. PayPal Business Loan aka Swift Financial** | |
| **3. Ouiby Inc.  d/b/a Kickfurther** | |

---

| 2.3 | **United States Small Business Administrat** | **Describe debtor's property that is subject to a lien** | $124,200.00 | $350,175.46 |
|---|---|---|---|---|
| | Creditor's Name | **Bank of America** | | |

**2 20th St N Ste 320**
**Birmingham, AL**
**35203-4002**
Creditor's mailing address

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8009**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. United States Small Business Administrat** | ☐ Disputed |
| **2. PayPal Business Loan aka Swift Financial** | |
| **3. Ouiby Inc.  d/b/a Kickfurther** | |

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $325,626.89 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Swift Financial Corporation**<br>**3505 Silverside Rd**<br>**Wilmington, DE 19810-4905** | Line   **2.2** | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Ubo-Technologies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br><br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **unknown** | **$0.00** |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br><br>**1248 N University Dr**<br>**Plantation, FL 33322-4721**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$2,912.49** | **$0.00** |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Ubo-Technologies, LLC**                                           Case number (if known) _____
         Name

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,078.02 |
|---|---|---|---|

**Allianz**

PO Box 59060
Minneapolis, MN 55459-0060

Date(s) debt was incurred __

Last 4 digits of account number  **7624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,434.34 |
|---|---|---|---|

**American Express**

PO Box 981537
El Paso, TX 79998-1537

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,856.00 |
|---|---|---|---|

**B.S.D Capital, Inc dba Lendistry**

777 S Alameda St Fl 2
Los Angeles, CA 90021-1657

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,075.99 |
|---|---|---|---|

**Bank of America**

PO Box 660441
Dallas, TX 75266-0441

Date(s) debt was incurred __

Last 4 digits of account number  **7137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,447.51 |
|---|---|---|---|

**Bank of America**

PO Box 15796
Wilmington, DE 19886-5796

Date(s) debt was incurred __

Last 4 digits of account number  **3053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Brendan Lowry**

14 Reef St Apt 1
Marina del Rey, CA 90292-6754

Date(s) debt was incurred __

Last 4 digits of account number  **4525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,042.20 |
|---|---|---|---|

**Business Backer**

10856 Reed Hartman Hwy # 100
Blue Ash, OH 45242-2820

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Ubo-Technologies, LLC**                              Case number (*if known*) _____
         _____
         Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,310.00 |
|---|---|---|---|

**Business Wire , Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**101 California St # 20TH**
**San Francisco, CA 94111-5802**

Basis for the claim:  **Vendor**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number __

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,818.07 |
|---|---|---|---|

**Capital One**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 60519**
**City of Industry, CA 91716-0519**

Basis for the claim:  **Credit Card**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number  **2503**

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464,143.64 |
|---|---|---|---|

**Cellular Nanomed Loan**

☑ Contingent
☑ Unliquidated
☑ Disputed

**2 Sycamore**
**Newport Coast, CA 92657-1633**

Basis for the claim:  **Business Loan**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number __

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,574.06 |
|---|---|---|---|

**Chase**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 15123**
**Wilmington, DE 19850-5123**

Basis for the claim:  **Credit Card**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number  **5176**

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,049.50 |
|---|---|---|---|

**Clayton Trial Lawyers, PLLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**401 E Las Olas Blvd Ste 1400**
**Fort Lauderdale, FL 33301-2218**

Basis for the claim:  **Legal Fee**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number __

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,116.40 |
|---|---|---|---|

**ClearCo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**548 Market St # 68100**
**San Francisco, CA 94104-5401**

Basis for the claim:  **Loan**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number  **228D**

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.59 |
|---|---|---|---|

**Deutsche Recycling**

☐ Contingent
☐ Unliquidated
☐ Disputed

**50968 Kolm  Bonner Strabe 484-486**

Basis for the claim:  **Vendor**

Date(s) debt was incurred __

Is the claim subject to offset? ☑ No  ☐ Yes

Last 4 digits of account number __

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Ubo-Technologies, LLC**                                          Case number *(if known)* _____
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,744.09** |

**DOF Cargo**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6858 NW 77th Ct**
**Miami, FL 33166-2713**

Basis for the claim: __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,770.55** |

**FedEx**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3965 Airways Blvd # Module G**
**Memphis, TN 38116-5017**

Basis for the claim: __Shipping Invoices__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,706.99** |

**Forward Financing**

☒ Contingent
☒ Unliquidated
☒ Disputed

**53 State St Fl 20**
**Boston, MA 02109-3204**

Basis for the claim: __Loan__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,806.54** |

**Frost Brown Todd Attorneys**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 70087**
**Louisville, KY 40270-0087**

Basis for the claim: __Legal Fee__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,355.80** |

**Fundbox**

☒ Contingent
☒ Unliquidated
☒ Disputed

**6900 Dallas Pkwy Ste 700**
**Plano, TX 75024-7188**

Basis for the claim: __Loan__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,289.96** |

**Gegahelix LLC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**11028 NW 80th Ln**
**Doral, FL 33178-6007**

Basis for the claim: __Loan__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**Headspace**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2415 Michigan Ave**
**Santa Monica, CA 90404-4092**

Basis for the claim: __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Ubo-Technologies, LLC**                                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Intuit Financing**<br><br>**2700 Coast Ave**<br>**Mountain View, CA 94043-1140**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Loan__<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,686.12** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Matthew J. Kahn CPA PA**<br><br>**7450 Griffin Rd Ste 120**<br>**Davie, FL 33314-4104**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Vendor__<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,017.50** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Microlyscs, LLC**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**MKCG, LLC**<br><br>**9299 E Horseshoe Bend Dr**<br>**Scottsdale, AZ 85255-6206**<br>Date(s) debt was incurred _<br>Last 4 digits of account number __0922__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Vendor__<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,500.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Musion Creative**<br><br>**4 Honeysuckle HI**<br>**Flagler Beach, FL 32136-4937**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Vendor__<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,050.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Ouiby Inc.  d/b/a Kickfurther**<br><br>**PO Box 21584**<br>**Boulder, CO 80308-4584**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Loan__<br>Is the claim subject to offset? ■ No ☐ Yes | **$62,314.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Poppenheim Law**<br><br>**2500 Weston Rd Ste 209**<br>**Weston, FL 33331-3617**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Legal Fee__<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Ubo-Technologies, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**Power Digital Marketing , Inc**

2251 San Diego Ave Ste A250
San Diego, CA 92110-2984

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$33,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Quill**

100 Schelter Rd
Lincolnshire, IL 60069-3602

Date(s) debt was incurred __
Last 4 digits of account number  **5AGA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$146.58**

---

**3.31** | Nonpriority creditor's name and mailing address
**Rakesh Guduru**

8555 NW 111th Ct
Doral, FL 33178-5261

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$291,627.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**Shenzhen UV Nice**
Bangkai Road, Gaoxin Keji Industrial Par
Building A, No.2, No.9
Guangdong, China   51819-9

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$38,000.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**SPG Miramar Park LLC**

11350 Interchange Cir N
Miramar, FL 33025-6004

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$5,994.92**

---

**3.34** | Nonpriority creditor's name and mailing address
**Terra Global**

11767 S Dixie Hwy Unit 451
Pinecrest, FL 33156-4438

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$415.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**The Freeman Company, LLC**

34 Seymour St
Tonawanda, NY 14150-2126

Date(s) debt was incurred __
Last 4 digits of account number  **1789**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,634.21**

---

Debtor    **Ubo-Technologies, LLC**                                    Case number (if known) _____
_____
          Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**3.36**

Nonpriority creditor's name and mailing address

**Tzvi Heschel**

**1808 55th St**
**Brooklyn, NY 11204-1901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address

**Uline**

**3410 Davie Rd Bldg D**
**Davie, FL 33314-1616**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$1,805.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38**

Nonpriority creditor's name and mailing address

**Unique Industrial Product, L.P**

**12600 Cardinal Mdw**
**Sugar Land, TX 77478-6195**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$641,465.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39**

Nonpriority creditor's name and mailing address

**Upstream Research and Patent LLC**

**3764 Easton Nazareth Hwy # 1024**
**Easton, PA 18045-8340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$4,800.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40**

Nonpriority creditor's name and mailing address

**WebBank**

**215 S State St Ste 1000**
**Salt Lake City, UT 84111-2336**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$15,175.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41**

Nonpriority creditor's name and mailing address

**WorldLink Shiping**

**7935 NW 67th St**
**Miami, FL 33166-2632**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.        **$14,578.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor  **Ubo-Technologies, LLC**
_____
         Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Florida Department of Revenue**<br>8175 NW 12th St Ste 119<br>Doral, FL 33126-1828 | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Internal Revenue Service**<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Jacob Rubinstein**<br>999 Central Ave Ste 100D<br>Woodmere, NY 11598-1205 | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Joseph A. Pastore**<br>2635 Camino del Rio S Ste 203<br>San Diego, CA 92108-3728 | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Josh Emory**<br>750 B St Ste 2620<br>San Diego, CA 92101-8172 | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Manoj Gandhi**<br>800 Battery Ave SE Ste 100<br>Atlanta, GA 30339-5107 | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,912.49 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,192,739.81 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ 2,195,652.30 |

**Fill in this information to identify the case:**

Debtor name **Ubo-Technologies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Approximately 2,609 rentable square feet in the building located at 11511 Interchange Circle South, Miramar, Florida 33025** | |
| State the term remaining | **7 Months** | |
| List the contract number of any government contract | _____ | **SPG Trust Corp.**<br>**100 Front St Ste 350**<br>**Conshohocken, PA 19428-2889** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Fill in this information to identify the case: |
|---|

Debtor name **Ubo-Technologies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Rakesh Guduru | 11511 Interchange Cir S Miramar, FL 33025-6010 | American Express | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.2 | Rakesh Guduru | 11511 Interchange Cir S Miramar, FL 33025-6010 | Cellular Nanomed Loan | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.3 | Rakesh Guduru | 11511 Interchange Cir S Miramar, FL 33025-6010 | Forward Financing | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.4 | Rakesh Guduru | 11511 Interchange Cir S Miramar, FL 33025-6010 | Intuit Financing | ☐ D _____ <br> ■ E/F __3.22__ <br> ☐ G _____ |
| 2.5 | Rakesh Guduru | 11511 Interchange Cir S Miramar, FL 33025-6010 | PayPal Business Loan aka Swift Financial | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | Rakesh Guduru | 11511 Interchange Cir S Miramar, FL 33025-6010 | Tzvi Heschel | ☐ D _____ <br> ■ E/F __3.36__ <br> ☐ G _____ |

Debtor    **Ubo-Technologies, LLC** _____    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.7  **Rakesh Guduru** | **11511 Interchange Cir S**<br>**Miramar, FL 33025-6010** | **United States Small Business Administrat** | ■ D   **2.3** _____<br>☐ E/F _____<br>☐ G _____ |

---

| **Fill in this information to identify the case:** |
|---|

Debtor name **Ubo-Technologies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................... $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................ $     **327,181.46**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $     **327,181.46**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $     **325,626.89**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **2,912.49**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$     **2,192,739.81**

4.  **Total liabilities** .........................................................................
    Lines 2 + 3a + 3b                                              $     **2,521,279.19**

**Fill in this information to identify the case:**

Debtor name   **Ubo-Technologies, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$296,194.19** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,641,032.73** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,584,002.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Ubo-Technologies, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** PO Box 650448 Dallas, TX 75265-0448 | **January 2023** | **$7,500.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Credit Card** |
| 3.2. **Clear Finance** | **January 2023 February 2023** | **$3,334.92** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.3. **Forward Finance** 53 State St Fl 20 Boston, MA 02109-3204 | **January 2023 February 2023** | **$5,346.32** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **B.S.D Capital Inc. dba Lendistry** 777 S Alameda St Fl 2 Los Angeles, CA 90021-1657 | **March 2023** | **$4,511.97** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor    **Ubo-Technologies, LLC**                                                    Case number *(if known)*

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Unique Industrial Product, L.P v. UBO-Technologies, LLC d/b/a Crazycap and WAATR; and Microlyscs LLC d/b/a TheCrazyCap and WAATR; 22-DCV-299779** | | **State Court of Fort Bend County, Texas** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Microlyscs, LLC and Tzvi Herschel v. Rakesh Gurudu and Ubo-Technologies, LLC 502103-2021** | | **Kings County Supreme Court**<br>**360 Adams St Ste 4**<br>**Brooklyn, NY 11201-3749** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Ubo-Technologies, LLC**                                                  Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Van Horn Law Group, P.A. 500 NE 4th St Ste 200 Fort Lauderdale, FL 33301-1163 | Attorney fee retainer - $7,000.00 ; Filing fees- $1,738.00, Total Received $8,738.00. Prior to filing, $7,000.00 was billed for pre-filing matters including petition preparation and UCC research | | $7,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Ubo-Technologies, LLC**                                                            Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

�■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

---

Debtor    **Ubo-Technologies, LLC**                                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Rakesh Guduru 8555 NW 111th Ct Doral, FL 33178-5261** | |
| 26c.2.    **Natasha Galan** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Ubo-Technologies, LLC**                                    Case number *(if known)*

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rakesh Guduru | 8555 NW 111th Ct<br>Miami, FL 33178-5261 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Rakesh Guduru<br>8555 NW 111th Ct<br>Doral, FL 33178-5261 | Wages- $114,772.44 | 03/01/2022-12/02/2022 | |
| | Relationship to debtor<br>Owner/ President | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Ubo-Technologies, LLC**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 13, 2023**

**/s/ Rakesh Guduru**                                    **Rakesh Guduru**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Founder/CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Ubo-Technologies, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 13, 2023__    X **/s/ Rakesh Guduru**
_____
Signature of individual signing on behalf of debtor

**Rakesh Guduru**
_____
Printed name

**Founder/CEO**
_____
Position or relationship to debtor

**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

IN RE:                                                              Case No. _____

Ubo-Technologies, LLC_____    Chapter **11**_____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 13, 2023**_____    Signature: */s/ Rakesh Guduru*_____
                                               **Rakesh Guduru, Founder/CEO**                              Debtor


Date: _____    Signature: _____
                                                                            Joint Debtor, if any

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Allianz
PO Box 59060
Minneapolis, MN  55459-0060


American Express
PO Box 981537
El Paso, TX  79998-1537


B.S.D Capital, Inc dba Lendistry
777 S Alameda St Fl 2
Los Angeles, CA  90021-1657


Bank of America
PO Box 660441
Dallas, TX  75266-0441


Bank of America
PO Box 15796
Wilmington, DE  19886-5796


Brendan Lowry
14 Reef St Apt 1
Marina del Rey, CA  90292-6754


Business Backer
10856 Reed Hartman Hwy # 100
Blue Ash, OH  45242-2820

Business Wire , Inc
101 California St # 20TH
San Francisco, CA  94111-5802


Capital One
PO Box 60519
City of Industry, CA  91716-0519


Cellular Nanomed Loan
2 Sycamore
Newport Coast, CA  92657-1633


Chase
PO Box 15123
Wilmington, DE  19850-5123


Clayton Trial Lawyers, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL  33301-2218


ClearCo
548 Market St # 68100
San Francisco, CA  94104-5401


Deutsche Recycling
50968 Kolm  Bonner Strabe 484-486

```
DOF Cargo
6858 NW 77th Ct
Miami, FL  33166-2713


FedEx
3965 Airways Blvd # Module G
Memphis, TN  38116-5017


Florida Department of Revenue
PO Box 6668
Tallahassee, FL  32314-6668


Florida Department of Revenue
8175 NW 12th St Ste 119
Doral, FL  33126-1828


Forward Financing
53 State St Fl 20
Boston, MA  02109-3204


Frost Brown Todd Attorneys
PO Box 70087
Louisville, KY  40270-0087


Fundbox
6900 Dallas Pkwy Ste 700
Plano, TX  75024-7188
```

```
Gegahelix LLC.
11028 NW 80th Ln
Doral, FL  33178-6007


Headspace
2415 Michigan Ave
Santa Monica, CA  90404-4092


Internal Revenue Service
1248 N University Dr
Plantation, FL  33322-4721


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


Intuit Financing
2700 Coast Ave
Mountain View, CA  94043-1140


Jacob Rubinstein
999 Central Ave Ste 100D
Woodmere, NY  11598-1205


Joseph A. Pastore
2635 Camino del Rio S Ste 203
San Diego, CA  92108-3728
```

Josh Emory
750 B St Ste 2620
San Diego, CA  92101-8172


Manoj Gandhi
800 Battery Ave SE Ste 100
Atlanta, GA  30339-5107


Matthew J. Kahn CPA PA
7450 Griffin Rd Ste 120
Davie, FL  33314-4104


MKCG, LLC
9299 E Horseshoe Bend Dr
Scottsdale, AZ  85255-6206


Musion Creative
4 Honeysuckle Hl
Flagler Beach, FL  32136-4937


Ouiby Inc.  d/b/a Kickfurther
PO Box 21584
Boulder, CO  80308-4584


PayPal Business Loan aka Swift Financial
2211 N 1st St
San Jose, CA  95131-2021

Poppenheim Law
2500 Weston Rd Ste 209
Weston, FL  33331-3617


Power Digital Marketing , Inc
2251 San Diego Ave Ste A250
San Diego, CA  92110-2984


Quill
100 Schelter Rd
Lincolnshire, IL  60069-3602


Rakesh Guduru
8555 NW 111th Ct
Doral, FL  33178-5261


Shenzhen UV Nice
Bangkai Road, Gaoxin Keji Industrial Par
Building A, No.2, No.9
Guangdong, China,      51819-9


SPG Miramar Park LLC
11350 Interchange Cir N
Miramar, FL  33025-6004


SPG Trust Corp.
100 Front St Ste 350
Conshohocken, PA  19428-2889

```
Swift Financial Corporation
3505 Silverside Rd
Wilmington, DE  19810-4905


Terra Global
11767 S Dixie Hwy Unit 451
Pinecrest, FL  33156-4438


The Freeman Company, LLC
34 Seymour St
Tonawanda, NY  14150-2126


Tzvi Heschel
1808 55th St
Brooklyn, NY  11204-1901


Uline
3410 Davie Rd Bldg D
Davie, FL  33314-1616


Unique Industrial Product, L.P
12600 Cardinal Mdw
Sugar Land, TX  77478-6195


United States Small Business Administrat
2 20th St N Ste 320
Birmingham, AL  35203-4002
```

```
Upstream Research and Patent LLC
3764 Easton Nazareth Hwy # 1024
Easton, PA  18045-8340


WebBank
215 S State St Ste 1000
Salt Lake City, UT  84111-2336


WorldLink Shiping
7935 NW 67th St
Miami, FL  33166-2632
```